

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/03/2015 10:30 AM

COURTROOM   9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:14-bk-04875-FMD | 15 | 04/30/2014 |

**Chapter 15**

**DEBTOR:**       Mark Richardson

**DEBTOR ATTY:**   Kelley Price

**TRUSTEE:**       NA

**HEARING:**

- Motion to Compel Depositions Filed by Rachael S Loukonen on behalf of Respondent Mark Charles Richardson, Debtor Mark Charles Richardson. (Attachments: # [1] Exhibit Exhibit A # [2] Exhibit Exhibit B # [3] Exhibit Exhibit C # [4] Exhibit Exhibit D # [5] Exhibit Exhibit E) (Loukonen, Rachael) Doc #90
- Objection to Motion to Compel Third Party Depositions Filed by Roy S Kobert on behalf of Trustee Simon Geoffrey Paterson; Doc. # 92

**APPEARANCES:**: Kelly Price, Lezya Blanco, Roy Kobert

**WITNESSES:**

**EVIDENCE:**

**RULING:**
- Motion to Compel Depositions Filed by Rachael S Loukonen on behalf of Respondent Mark Charles Richardson, Debtor Mark Charles Richardson. (Attachments: # [1] Exhibit Exhibit A # [2] Exhibit Exhibit B # [3] Exhibit Exhibit C # [4] Exhibit Exhibit D # [5] Exhibit Exhibit E) (Loukonen, Rachael) Doc #90 -   Denied without prejudice, parties to make Rule 26 disclosures by 12/17/2015, file Motions for Summary Judgment by 1/8/2016. responses by 1/22/2016, replies by 1/29/2016 with a hearing to be held on 2/9/2015 at 10:00 am O/Kobert

- Objection to Motion to Compel Third Party Depositions Filed by Roy S Kobert on behalf of Trustee Simon Geoffrey Paterson; Doc. # 92
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.